IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:14-MJ-037 |
| PAUL QUINTEL ALEXANDER (1) | § § § | |

## CRIMINAL COMPLAINT

Attempted Possession with Intent to Distribute a Controlled Substance

Beginning on or before December 1, 2013, and continuing until on or about January 17, 2014, in the Fort Worth Division of the Northern District of Texas, defendant **Paul Quintel Alexander**, did knowingly and intentionally attempt to possess with the intent to distribute a controlled substance, to wit: cocaine, a schedule II controlled substance, in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. During the months of December 2013 and January 2014, a DEA Confidential Source, hereafter referred to as CS has been in negotiations with **Paul Quintel Alexander** for **Paul Quintel Alexander** to purchase multiple kilograms of cocaine from the CS.

2. On January 13, 2013, the CS has made multiple recorded cellular phone calls to **Paul Quintel Alexander** and met with **Paul Quintel Alexander** and negotiated the purchase and delivery of ten (10) kilograms of cocaine from the CS. During the negotiations, **Paul Quintel Alexander** agreed to meet the CS on January 17, 2014 and bring the CS approximately two hundred and fifty thousand dollars ($250,000.00) for ten (10) kilograms of cocaine.

3. On January 17, 2014, after a series of phone calls and text messages **Paul Quintel Alexander** agreed to meet the CS at the La Quinta Hotel, located at 4001 Scots Legacy Dr., Arlington, Texas, to complete the transaction.

Criminal Complaint – Page 1

4. At approximately 4:30 p.m., Agents/Officers observed a white Chevrolet, being driven by **Paul Quintel Alexander** arrive at the La Quinta Hotel. Agents/Officers observed **Paul Quintel Alexander** exit the vehicle and walk into the hotel. While inside the hotel, **Paul Quintel Alexander** was taken to a room, where an undercover Task Force Officer and the CS showed **Paul Quintel Alexander** ten (10) kilograms of cocaine. While looking at the ten (10) kilograms of cocaine, **Paul Quintel Alexander** cut one of the kilograms open to inspect the quality of the cocaine. After a short conversation, **Paul Quintel Alexander** told the undercover Task Force Officer and the CS that he was going to go and retrieve the two hundred and fifty thousand dollars ($250,000.00).

5. When **Paul Quintel Alexander** got to his vehicle and attempted to leave the parking lot, he was taken into custody. During a search of the vehicle, Agents/Officers located and seized a Ruger 9mm handgun inside the trunk of the vehicle.

6. After being advised of his Miranda Warnings and waiving his rights, **Paul Quintel Alexander** admitted that he was at the La Quinta Hotel to purchase ten (10) kilograms of cocaine. **Paul Quintel Alexander** stated that he had five (5) of the kilograms of cocaine sold and felt confident that he could get the other five (5) sold.

7. Although I have not listed all the facts regarding this conspiracy, I believe that the facts stated here establish probable cause that the defendant has committed a violation of 21 U.S.C. § 846, Attempted Possession with Intent to Distribute a Controlled Substance.

Brian Finney
Special Agent
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 7:20 am/pm this 17 day of January, 2014.

JEFFREY L. CURETON
United States Magistrate Judge

original

Criminal Complaint – Page 2